**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**KENNY JOE MORRISETT**                                                    **PLAINTIFF**
**# 7748**

**v.**                              **Case No.: 3:22-CV-00280-LPR**

**KENNY MILLIGAN**                                                    **DEFENDANTS**

<u>**JUDGMENT**</u>

Pursuant to the Order entered today, this case is DISMISSED.

IT IS SO ADJUDGED this 8th day of May 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE